IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-0048 SBA |
| | ) | |
| Plaintiff, | ) | **ORDER RE: REVISED MOTION SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS INDICTMENT** |
| vs. | ) | |
| | ) | |
| LUIS SAMAYOA | ) | Date:  May 10, 2011 |
| | ) | Time:  11:00 a.m. |
| Defendant. | ) | Court: Hon. Saundra Brown Armstrong |
| | ) | |

Based upon the stipulation of the parties above, the Court hereby adopts the following motion schedule:

Defense Motion:            April 5, 2011

Government Opposition:     April 19, 2011

Defense Reply:             April 26, 2011

Hearing Date:              May 10, 2011, 11:00 a.m.

IT IS HEREBY ORDERED THAT the hearing date of May 24, 2011 is vacated and the matter is set for hearing on May 10, 2011 at 11:00 a.m.  The time from April 5, 2011 to May 10, 2011 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) based upon the pendency of the defense motion.

IT IS SO ORDERED.

 4/6/11                              _/s/ Saundra B Armstrong_
Date                                 HON. SAUNDRA BROWN ARMSTRONG
                                     United States District Judge

*U.S. v. Samayoa, CR-11-0048 SBA*
Stipulation                                    3